# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:11CR192 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | FINAL ORDER OF FORFEITURE |
| THOMAS MARTIN BEATTY, | ) | |
| Defendant. | ) | |

This matter is before the Court on the United States' Motion for Final Order of Forfeiture (Filing No. 52). The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1. On October 5, 2011, the Court entered a Preliminary Order of Forfeiture (Filing No. 41) pursuant to the provisions of Title 18, United States Code, Sections 472 and 982(a)(2)(B) and 28 U.S.C. § 2461(c), based upon the Defendant's plea of guilty to Count I and the Forfeiture Allegation of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in the following: One (1) Lexmark X5650 Printer; One (1) Dell Laptop Computer; One (1) Asus Laptop Computer; One (1) Motorola/Verizon cell phone; and $1,092.00 in Genuine U.S. currency, were forfeited to the United States.

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on October 21, 2011, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on December 27, 2011 (Filing No. 51).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 52) is hereby sustained.

B. All right, title and interest in and to: One (1) Lexmark X5650 Printer; One (1) Dell Laptop Computer; One (1) Asus Laptop Computer; One (1) Motorola/Verizon cell phone; and $1,092.00 in Genuine U.S. currency, held by any person or entity, are hereby forever barred and foreclosed.

C. The aforementioned properties are hereby forfeited to the United States of America.

D. The United States is directed to dispose of said property in accordance with law.

DATED this 29th day of December, 2011.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge